**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO.: 1:22-cv-02297-SKC

ACCESS 4 ALL INCORPORATED
and CARLOS CUESTA,

    Plaintiffs,

v.

T2 VENTURES, LLC D/B/A WILMORE
SHOPPING CENTER and YOUNG AND YOUNG
ENTERPRISES, INC. D/B/A SUBWAY #53401,

    Defendants.

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO
PERFECT SERVICE ON DEFENDANT YOUNG AND YOUNG
ENTERPRISES, INC. D/B/A SUBWAY #53401**

    Plaintiffs, ACCESS 4 ALL INCORPORATED and CARLOS CUESTA, (hereinafter "Plaintiffs") by and through undersigned counsel hereby file this motion for extension of time to perfect service as to Defendant, YOUNG AND YOUNG ENTERPRISES, INC. D/B/A SUBWAY #53401, and in support states as follows:

    1.    Plaintiffs filed their Complaint on September 7, 2022 [D.E. 1].

    2.    On October 20, 2022, Plaintiffs filed a summons returned executed as to Defendant, T2 VENTURES, LLC D/B/A WILMORE SHOPPING CENTER [D.E. 4].

    3.    Plaintiffs have yet to perfect service on Defendant, YOUNG AND YOUNG ENTERPRISES, INC. D/B/A SUBWAY #53401, and as such Defendant has not yet made

an appearance. Plaintiffs' counsel has been in contact with process server for status on perfecting service and has requested a skip trace.

4. The server attempted service as to Defendant YOUNG AND YOUNG ENTERPRISES, INC. D/B/A SUBWAY #53401, on October 10, 2022, October 17, 2022, October 24, 2022, October 30, 2022, November 10, 2022, and November 22,2022 and on the last attempt they learned Defendant has moved. Plaintiffs requested skip trace services.

5. The ninety (90) day service deadline for Defendants is December 6, 2022.

6. Accordingly, Plaintiffs are seeking an extension of time to find a new address as to Defendant, YOUNG AND YOUNG ENTERPRISES, INC. D/B/A SUBWAY #53401 and perfect service.

7. Plaintiffs are seeking an extension of time of thirty (30) days to perfect service as to Defendant, YOUNG AND YOUNG ENTERPRISES, INC. D/B/A SUBWAY #53401.

8. This motion is sought in good faith and not for purposes of undue delay.

9. Additionally, per D.C.COLO.LCivR 7.1, Plaintiffs' counsel has conferred with Defendant's, T2 VENTURES, LLC D/B/A WILMORE SHOPPING CENTER, counsel and counsel confirmed Defendant does not oppose the relief sought herein.

10. This motion is being served concurrently on Plaintiffs pursuant to D.C.COLO.LCivR 6.1.

## SUPPORTING MEMORANDUM OF LEGAL AUTHORITY

"A district court retains the inherent authority to manage its own docket," which will be reviewed only for an abuse of discretion. *See, e.g., Wilson v. Farley*, 203 Fed.Appx. 239, 250 (11th Cir. 2006) (*citing Four Seasons Hotels and Resorts, B.V. v. Consorcio Barr S.A.,* 377 F.3d 1164, 1172 n. 7 (11th Cir.2004)). The decision whether to amend the Order is subject to the Court's "inherent authority [and discretion] to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" *Equity Lifestyle Prop., Inc. v. Fla. Mowing And Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) (citing *Chambers v. NASCO, Inc.,* 501 U.S. 32, 43, 111 S.Ct. 2123, 2132, 115 L.Ed.2d 27 (1991)).

Plaintiffs filed their Complaint on September 7, 2022 [D.E. 1]. On October 20, 2022, Plaintiffs filed a summons returned executed as to Defendant, T2 VENTURES, LLC D/B/A WILMORE SHOPPING CENTER [D.E. 4]. Plaintiffs have yet to perfect service on Defendant, YOUNG AND YOUNG ENTERPRISES, INC. D/B/A SUBWAY #53401, and as such Defendant has not yet made an appearance. Plaintiffs' counsel has been in contact with process server for status on perfecting service and has requested a skip trace. The server attempted service as to Defendant YOUNG AND YOUNG ENTERPRISES, INC. D/B/A SUBWAY #53401, on October 10, 2022, October 17, 2022, October 24, 2022, October 30, 2022, November 10, 2022, and November 22,2022 and on the last attempt they learned Defendant has moved. Plaintiffs requested skip trace services. The ninety (90) day service deadline for Defendants is December 6, 2022. Accordingly, Plaintiffs are seeking an extension of time to find a new address as to Defendant, YOUNG AND YOUNG ENTERPRISES, INC. D/B/A SUBWAY #53401 and

perfect service. Plaintiffs are seeking an extension of time of thirty (30) days to perfect service as to Defendant, YOUNG AND YOUNG ENTERPRISES, INC. D/B/A SUBWAY #53401. This motion is sought in good faith and not for purposes of undue delay. Additionally, per D.C.COLO.LCivR 7.1, Plaintiffs' counsel has conferred with Defendant's, T2 VENTURES, LLC D/B/A WILMORE SHOPPING CENTER, counsel and counsel confirmed Defendant does not oppose the relief sought herein. This motion is being served concurrently on Plaintiffs pursuant to D.C.COLO.LCivR 6.1.

WHEREFORE, Plaintiffs ACCESS 4 ALL INCORPORATED and CARLOS CUESTA, respectfully requests an extension of time to perfect service as to Defendant, YOUNG AND YOUNG ENTERPRISES, INC. D/B/A SUBWAY #53401, and for such other relief as may be necessary and just.

DATED:  December 6, 2022

        Respectfully submitted,

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiffs*
1600 Broadway
Denver, CO 80202
Telephone: (303) 386-7100
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com; dramos@lawgmp.com

By:  *Anthony J. Perez*_____
    ANTHONY J. PEREZ

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 6, 2022, I electronically filed a true and correct copy of the forgoing with the Clerk of Court using the CM/ECF system which will serve notice of the electronic filing upon all parties of record.

Respectfully submitted,

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiffs*
1600 Broadway
Denver, CO 80202
Telephone: (303) 386-7100
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com;
dramos@lawgmp.com

By: __*Anthony J. Perez*_____
         ANTHONY J. PEREZ